UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
AHMAD MOHAMMED AJAJ,

                Movant,

-against-

                16-cv-5031 (LAK)
                (93-cr-0180 (LAK))

UNITED STATES OF AMERICA,

                Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Movant's motion for reconsideration (16-cv-5031 Dkt 38) is denied. A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. § 1915(a)(3).

        SO ORDERED.

Dated:      August 29, 2025

                              /s/     Lewis A. Kaplan
                                      Lewis A. Kaplan
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/25